UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santonax LHERISSON,<br>Petitioner,<br>v.<br>Christopher LaROSE, et al.,<br>Respondents. | Case No.: 26-cv-5516-AGS-MMP<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Santonax Lherisson seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. The government "does not oppose the petition and defers to the Court on the appropriate relief." (ECF 7, at 2.)

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated. Respondents must immediately release petitioner.

Dated: October 13, 2026

Hon. Andrew G. Schopler
United States District Judge